THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
LEAH S. STRICKLAND [SBN 265724]
lstrickland@swsslaw.com
MEI-YING M. IMANAKA [SBN 280472]
mimanaka@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303

Attorneys for Defendant
MIDLAND CREDIT MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY D. SHADOW, an Individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 3:17-cv-02277-L-MDD<br><br>**DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56**<br><br>Date:         July 8, 2019<br>Time:        10:30 a.m.<br>Courtroom: 5B<br><br>**[No Hearing Pursuant to Local Rules]**<br><br>Judge: Hon. M. James Lorenz<br>Mag. Judge:  Hon. Mitchell D. Dembin |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **July 8, 2019, at 10:30 a.m.**, or as soon thereafter as the matter can be heard, in Courtroom 5B of the above court, located at 221 West Broadway, San Diego, California 92101, Defendant Midland Credit Management, Inc. ("**Midland Credit**") will and hereby does move this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

The grounds of this motion are that there is no genuine dispute of material fact, including as to Midland Credit's policies and procedures which make its disclosures truthful and not misleading as a matter of law; Plaintiff Sky D. Shadow's

1  ("**Plaintiff**" and/or "**Shadow**") legal theories are intrinsically and fatally defective
2  on multiple grounds, including under California contract law and the law regarding
3  revival of the statute of limitations; Midland Credit was entitled to rely on
4  instructions from the CFPB and the California legislature on how to comply with the
5  federal and California statutes at issue; Shadow lacks Article III standing for the
6  claims asserted; and the statutes at issue are unconstitutional under the First and
7  Fourteenth Amendments to the United States Constitution. Thus, Midland Credit is
8  entitled to judgment as a matter of law.

9      Midland Credit's motion is based on this notice of motion and motion, its
10 memorandum of points and authorities in support of its motion; the declaration of
11 Jared McClure and the exhibits submitted in support thereof; the request for judicial
12 notice and the exhibits submitted in support thereof; all pleadings, papers, and
13 records on file in this action; and such other matters as may be presented at any
14 hearing of this motion.

16 DATED: June 6, 2019     SOLOMON WARD SEIDENWURM & SMITH, LLP

19     By: s/Thomas F. Landers
           THOMAS F. LANDERS
           LEAH S. STRICKLAND
20            Attorneys for Defendant MIDLAND CREDIT MANAGEMENT, INC.