JOSEPH H. HUNT
Assistant Attorney General

LESLEY FARBY
Assistant Director, Federal Programs Branch

JOSHUA C. ABBUHL
D.C. Bar No. 1044782
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
(202) 616-8366 (tel.)
(202) 616-8470 (fax)
Joshua.Abbuhl@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKY D. SHADOW, an individual on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>*Defendant*. | Case No. 3:17-cv-02277-L-MDD<br><br>**UNITED STATES' NOTICE OF INTERVENTION TO DEFEND THE CONSTITUTIONALITY OF THE FAIR DEBT COLLECTION PRACTICES ACT**<br><br>Judge: Hon. M. James Lorenz<br>Mag. Judge: Hon. Mitchell D. Dembin |

Pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1), and in accordance with the authorization of the Solicitor General of the United States, the United States of America hereby intervenes in this case for the limited purpose of defending the constitutionality of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.* ("FDCPA"). On June 28, 2019, Defendant in the above-captioned case filed a Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1(a). *See* ECF No. 25. In that Notice, Defendant stated that it had filed a motion for summary judgment "challeng[ing] the constitutionality of the federal Fair Debt Collection Practices Act . . . pursuant to the First and Fourteenth Amendments of the United States Constitution." *Id.* at 1-2.

On August 22, 2019, the United States acknowledged the constitutional question and requested additional time to determine whether to intervene. *See* ECF No. 31. The Court granted the motion and extended the intervention deadline to November 1, 2019. *See* ECF No. 32.

The United States is entitled to intervene in this case pursuant to the Federal Rules of Civil Procedure and relevant statute. Rule 5.1(c) permits the Attorney General to intervene in an action where, as here, the constitutionality of a federal statute is challenged. *See* Fed. R. Civ. P. 5.1(c). Rule 24 further permits a non-party to intervene when the non-party "is given an unconditional right to intervene by a federal statute." Fed. R. Civ. P. 24(a)(1). The United States has an unconditional statutory right to intervene "[i]n any action . . . wherein the constitutionality of an

Act of Congress affecting the public interest is drawn in question . . . ." 28 U.S.C. § 2403(a).  In such an action, "the court . . . shall permit the United States to intervene . . . for argument on the question of constitutionality."  *Id*.  Here, Defendant has "drawn in question" the constitutionality of the FDCPA, and the United States has an unconditional right to intervene to defend the statute.

    For these reasons, the United States hereby provides notice of intervention in this matter for the limited purpose of defending the constitutionality of the FDCPA. The United States will file its memorandum in defense of the constitutionality of the FDCPA this same day.

DATED:  November 1, 2019        By: */s/ Joshua C. Abbuhl*_____
                                        JOSHUA C. ABBUHL

                                    JOSEPH H. HUNT
                                    Assistant Attorney General

                                    LESLEY FARBY
                                    Assistant Director, Federal Programs Branch

                                    JOSHUA C. ABBUHL
                                    Trial Attorney (D.C. Bar No. 1044782)
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    1100 L St. NW
                                    Washington, D.C. 20005
                                    (202) 616-8366 (tel.)
                                    (202) 616-8470 (fax)
                                    Joshua.Abbuhl@usdoj.gov

                                    *Attorneys for the United States of America*