UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY D. SHADOW,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:17-cv-02277-L-BLM<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AS MOOT** |

　　　Pending before the Court is Defendant's motion for summary judgment. (Doc. no. 22.) Plaintiff has filed a notice of settlement of her individual claims prior to class certification and requested to vacate all pending dates to file a dismissal. (Doc. no. 40.) Magistrate Judge Mitchell D. Dembin has set the matter for a settlement disposition conference. (Doc. no. 41.) As the parties have settled their case and intend to file a dismissal, Defendant's summary judgment motion is denied without prejudice as moot.

　　　**IT IS SO ORDERED**.

Dated: May 6, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　　　　United States District Judge