UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY D. SHADOW,<br><br>               Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>               Defendant. | Case No.:  3:17-cv-02277-L-BLM<br><br>**ORDER OF DISMISSAL** |

Pursuant to Civil Local Rule 7.2, the Joint Stipulation of Dismissal of Action of the Individual Claims with Prejudice and the Putative Class Claims Without Prejudice (doc. no. 44) is approved.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims.  Each party shall bear her or its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated:  July 17, 2020

_____
Hon. M. James Lorenz
United States District Judge